FILED

May 15, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
v. )
)
KENNETH JAMES SUTTON, )
)
          Defendant. )

Case No. 2:09MJ00157-GGH

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENNETH JAMES SUTTON , Case No.

2:09MJ00157-GGH  , Charge   18 USC § 922(a)(6)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __      Release on Personal Recognizance

    __      Bail Posted in the Sum of $_____

        __      Unsecured Appearance Bond

        __      Appearance Bond with 10% Deposit

        __      Appearance Bond with Surety

        __      Corporate Surety Bail Bond

        ✔    (Other)       Conditions of Release as stated on the record

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 15, 2009  at  2:00 pm  .

By  /s/ Gregory G. Hollows_____

          Gregory G. Hollows
          United States Magistrate Judge

Copy 5 - Court