IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 09-0157 GGH |
| vs. | |
| | ORDER |
| KENNETH JAMES SUTTON, | Judge: Hon. Gregory G. Hollows |
| _____/ | |

On May 15, 2009, the undersigned advised defendant Kenneth James Sutton of the special conditions of release including the requirement of submitting to DNA testing as directed by the United States Attorney's Office. This condition was stayed pending a ruling on the same issue in the case of United States v. Jerry Albert Pool, 09-015 EJG. On May 27, 2009, the undersigned ordered that DNA sampling was appropriate and that the defendant in Pool submit to DNA testing. That order was appealed to the District Court and on July 16, 2009, the Honorable Edward J. Garcia affirmed the undersigned's order. That order is currently pending appeal before the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that the stay is lifted and defendant Kenneth James Sutton is ordered to submit to DNA testing as directed by the United States Attorney's Office.

DATED: August 11, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh: ab
sutt157.sta

1